UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

JUDLAU CONTRACTING, INC.,

                        Plaintiff,

        -against-

JOHNSON CONTROLS, INC.,

                      Defendant.
--------------------------------------------------------x

No. 18 CV 9638-LTS


ORDER

On November 13, 2018, the Court issued an order staying this litigation pending the parties' completion of arbitration proceedings and directing the parties to file a joint status report on April 1, 2019, and each July 1, October 1, and January 1 thereafter while the case remains on suspense. (Docket entry no. 7.) The docket sheet, maintained by the Clerk of Court for this action, does not reflect that the July 1 status report has been filed and the time for doing so has elapsed. Therefore, on or before July 16, 2021, the parties shall file their joint status report, or otherwise advise the Court in writing, of the status of this action.


      SO ORDERED.

Dated: New York, New York
       July 12, 2021


                                  /s/ Laura Taylor Swain
                                 LAURA TAYLOR SWAIN
                                 Chief United States District Judge